NO. 07-01-00340--CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 28, 2001

_____

IN THE MATTER OF THE MARRIAGE OF
DJUNA JEAN SIMS AND RICHARD JAMES SIMS
AND IN THE INTEREST OF JESSICA MARIE SIMS
AND JACOB ALLAN-JAMES SIMS, CHILDREN

_____

FROM THE 47TH DISTRICT COURT OF RANDALL COUNTY;

NO. 43,605-A; HON. DAVID L. GLEASON, PRESIDING

_____

***ORDER ON APPELLANT'S MOTION TO DISMISS APPEAL***

_____

Before BOYD, C.J., QUINN and JOHNSON, JJ.

Richard James Sims, appellant, has moved to dismiss his appeal contending that he "no longer desires to appeal the Judgment entered by the Court on May 17, 2001." Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal without prejudice. Having dismissed the appeal at appellant's personal request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Justice

Do not publish.